In the Matter of the Application of Brooklyn Bar Association in Respect of William C. Rindone, an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of Adrian H. Larkin and Others, as Executors, etc., of Henry H. Rogers, Deceased, Petitioners-Respondents, for a Construction of Said Last Will and Testament, Particularly with Respect to Article Seventeenth Thereof, and for Instructions. Guy O. Walser, Special Guardian for Peter Alfred Constantin Maria Salm, an Infant, etc., Appellant; Mary Millicent Balcom and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Appraisal under the Estate Tax Law of the Estate of Abraham Suderov, Deceased. State Tax Commission, Appellant; Bernard N. Cantor and Others, as Executors, etc., of Abraham Suderov, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 763.] Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of Sidney Szerlip, an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of Bankers Trust Company and Others, as Trustees under the Will of John T. Waring, Deceased, of a Trust for the Benefit of John T. Waring, Jr., Petitioners-Respondents; Leslie Arkell Waring and Others, Appellants; Jessie T. Waring, Individually and as Executrix, etc., of John T. Waring, Jr., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

Mae Johnson and Victor Johnson, Respondents, v. Brooklyn and Queens Transit Corporation, Appellant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

Cora Litrell, Respondent, v. Samuel Klein, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

John Loturco, Respondent, v. Joseph Turco, Appellant, and Concetta Turco, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

Marcourt Construction Corp., Appellant, v. Madonna Corporation and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ.

Edward P. Morse, Jr., Respondent, v. Morse Dry Dock and Repair Company, Appellant.— Motion for reargument denied, with ten dollars costs. Davis, Adel and Taylor, JJ., concur; Hagarty, J., dissents; Lazansky, P. J., not voting.